**Wayne GOODE, et al., Appellants,**

v.

**The Honorable Christopher S. BOND, et al., Respondents.**

**No. 65035.**

Supreme Court of Missouri,
En Banc.

May 27, 1983.
Rehearing Denied June 30, 1983.

---

ORDER

PER CURIAM:

This matter is before us on appellants' motion to expedite their appeal from the judgment of the trial court that the one-cent increase in sales tax, Proposition C, is not included in the calculation of total state revenues under Article X, § 18, Mo.Const.

Because the first sentence of the Hancock Amendment, Article X, § 16, excludes those increases in taxes receiving voter approval from the limitations contained in § 18, and Proposition C received such approval, we take judicial notice that there is no justiciable controversy between the parties and dismiss the appeal.

All concur.